09-70461

# FILED

NOV 0 2 2009

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Certificate Number: 01267-CAN-CC-008587944

## CERTIFICATE OF COUNSELING

I CERTIFY that on October 6, 2009, at 2:00 o'clock PM PDT,

Anthony L Williams received from

Money Management International, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: October 6, 2009     By     /s/Evangeline Bautista

Name   Evangeline Bautista

Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).