| | |
|---|---|
| 1 | Martha G. Bronitsky |
| | Chapter 13 Standing Trustee |
| 2 | 24301 Southland Dr #200 |
| | Hayward, CA 94545-1541 |
| 3 | (510) 266-5580 |
| 4 | |
| | Trustee for Debtor(s) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Anthony Lawrence Williams
Adelina Balmes Williams

Chapter 13 Case No. 09-70461-LT 13

debtor(s)

**Declaration and Request for Order of Dismissal**

Trustee's Motion to Dismiss Proceedings having been filed with the Court on November 18, 2009 and the notice of said motion was duly served upon the debtor and the attorney of record.

No response has been received from the debtor and more than twenty (20) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed this date at Hayward, California.

Date: December 09, 2009

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

|  |  |
|---|---|
| In re<br>    Anthony Lawrence Williams<br>    Adelina Balmes Williams<br>                  debtor(s) | Chapter 13 Case No. 09-70461-LT 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

|  |  |
|---|---|
|  | Pro Per |
| Anthony Lawrence Williams<br>Adelina Balmes Williams<br>2228 E 12Th St<br>Oakland,CA 94606 | (Counsel for Debtor) |
| (Debtor(s)) |  |
| Date: December 09, 2009 | /s/ Gina A. Weaver |
|  | Gina A. Weaver |